IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :Chapter 7
    DOMINGO ANTONIO DIAZ DUARTE     :
                                    :
                                    :
                Debtor              :Bankruptcy No. 22-10256 -PMM

<u>STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)</u>

AND NOW, this 19th of May, 2022, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, David W. Tidd, Esquire, as follows:

1.   The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is May 22, 2022.

2.   The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until July 21, 2022 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

/s/ Robert H. Holber
_____          _____
Robert H. Holber, Esquire            David W. Tidd, Esquire
Chapter 7 Trustee                    Counsel for Debtor


ORDER

AND NOW, this 20th day of May , 2022, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Patricia M. Mayer
United States Bankruptcy Judge