United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 22-10256-pmm
Domingo Antonio Diaz Duarte                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Domingo Antonio Diaz Duarte, 3436 Gray St., Reading, PA 19605-1932 |
| 14669785 | + | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14669724 | + | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 20 2022 23:56:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 20 2022 23:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14668788 | | Email/Text: bnc@atlasacq.com | May 20 2022 23:56:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14668682 | | Email/Text: bnc@atlasacq.com | May 20 2022 23:56:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14666525 | + | Email/Text: ally@ebn.phinsolutions.com | May 20 2022 23:56:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14666526 | + | Email/Text: rperez@arcadiarecovery.com | May 20 2022 23:56:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14666527 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 20 2022 23:56:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14666528 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2022 00:04:43 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14666529 | + | Email/Text: bknotice@ercbpo.com | May 20 2022 23:56:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14666530 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 20 2022 23:56:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 14666793 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14666531 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2022 00:04:36 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14666532 | + | Email/Text: ECMCBKNotices@ecmc.org | May 20 2022 23:56:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

District/off: 0313-4      User: admin      Page 2 of 2

Date Rcvd: May 20, 2022      Form ID: pdf900      Total Noticed: 16

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14666533 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID W. TIDD | on behalf of Debtor Domingo Antonio Diaz Duarte bankruptcy@davidtiddlaw.com  lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1 bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :Chapter 7
    DOMINGO ANTONIO DIAZ DUARTE          :
                                         :
                                         :
                        Debtor           :Bankruptcy No. 22-10256 -PMM

<u>STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)</u>

        AND NOW, this 19th of May, 2022, it is hereby agreed and
stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and Counsel, David W. Tidd, Esquire, as
follows:

        1.  The current deadline for Trustee and any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is May 22, 2022.

        2.  The parties hereby agree, that the Trustee, and any
parties in interest including the U.S. Trustee shall have until
July 21, 2022 to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).  Debtor's attorney certifies that he has
specific authority from the Debtor to enter into this
Stipulation.

/s/ Robert H. Holber
_____          _____
Robert H. Holber, Esquire        David W. Tidd, Esquire
Chapter 7 Trustee                Counsel for Debtor

<u>ORDER</u>

    AND NOW, this 20th day of May   , 2022, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.

_____
Patricia M. Mayer
United States Bankruptcy Judge