Certificate Number: 14912-PAE-DE-036566711

Bankruptcy Case Number: 22-10256



14912-PAE-DE-036566711

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2022, at 4:29 o'clock PM EDT, Domingo Diaz Duarte completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 23, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor